O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR04-1317-CAS |
| Plaintiff, ) | |
| v. ) | SUPERVISED RELEASE REVOCATION AND JUDGMENT |
| JONATHAN PAUL MILLER, ) | |
| Defendant. ) | |
| _____ ) | |

On July 7, 2008, this matter came before the Court on petition to show cause why supervised release should not be revoked filed July 26, 2005. The Government, Tony Lewis, the defendant and his appointed attorney, Hayne Yoon, Deputy Federal Public Defender, were present. The U.S. Probation Officer, Michael Palmer, was also present.

The Court approves the stipulation by counsel, the defendant and the U.S. Probation Officer to modify allegation no. 4 of the Petition on Probation and Supervised Release filed on July 26, 2005, as stated in Court and on the record. The defendant admits to allegation nos. 1 and 4 (as modified) of the Petition on Probation and Supervised Release filed on July 26, 2005. The defendant denies allegation nos. 2, 3, and 5 of the Petition on Probation and Supervised Release filed on July 26, 2005. The Court grants the Government's request to dismiss allegation nos. 2,3, and 5 of the Petition on Probation and Supervised Release filed on July 26, 2005.

The Court FINDS that the defendant is in violation of the terms and conditions of his supervised release as set forth in the Judgment and Probation/Commitment Order of July 11, 2002.

1  IT IS THE JUDGMENT OF THE COURT that defendant's supervised release is hereby revoked. Defendant is hereby committed to the Bureau of Prisons for a term of eighteen (18) months, to be served concurrently with defendant remaining State sentence. Defendant's sentence shall be served in a Bureau of Prisons facility. Upon release from imprisonment, supervised release shall be terminated. The Court hereby recommends that defendant be placed in the Bureau of Prisons 500-hour Drug and Alcohol Program. The Court ORDERS the defendant's supervised release is hereby revoked.

IT IS ORDERED that the Clerk deliver a copy of this judgment to the United States Marshal or other qualified officer and that said copy shall serve as the commitment of defendant.

FILE/DATED: July 14, 2008

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE


SHERRI R. CARTER, CLERK


By: ____/S/_____
Catherine M. Jeang, Deputy Clerk